CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Adrian Urbina-Martinez**<br>YOB: 1980; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-00587MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1:  On or about September 20, 2022, at or near Bisbee, in the District of Arizona, **Adrian Urbina-Martinez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Calexico, California on December 1, 2016, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2:  On or about September 20, 2022, at or near Naco, in District of Arizona, **Adrian Urbina-Martinez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Adrian Urbina-Martinez** is a citizen of Mexico.  On December 1, 2016, **Adrian Urbina-Martinez** was lawfully denied admission, excluded, deported and removed from the United States through Calexico, California.   On September 20, 2022, agents found **Adrian Urbina-Martinez** in the United States at or near Bisbee, Arizona without the proper immigration documents. **Adrian Urbina-Martinez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Adrian Urbina-Martinez** admitted to illegally entering the United States of America from Mexico on or about September 20, 2022, at or near Naco, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| | |
|---|---|
| *DETENTION REQUESTED*<br>   *Being duly sworn, I declare that the foregoing is*<br>   *true and correct to the best of my knowledge.*<br>*ALD/AJC*<br>*AUTHORIZED AUSA /s/Ann DeMarais* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |

Sworn by telephone   x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 21, 2022 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54